**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| DAVID WINSTON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROBERT FOX, ) <br> ) <br> Respondent. ) <br> ) | No. ED CV 16-80-FMO (PLA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 17, 2018

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE